# ELECTRONIC RECORD

*544-15*
*545-15*
*546-15*

COA # 14-13-01102-CR

OFFENSE: Obstruction or Retaliation

STYLE: LeMarcus Ashontay Christmas v The State of Texas   COUNTY: Fort Bend

COA DISPOSITION: Affirmed

TRIAL COURT: 434th District Court

DATE: April 14, 2015   Publish: Yes

TC CASE #:12-DCR-059643

## IN THE COURT OF CRIMINAL APPEALS

STYLE: LeMarcus Ashontay Christmas v The State of Texas

CCA # _____

*544-15   545-15*

__APPELLANT'S__   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _08/26/2015_

JUDGE: _____

CCA Disposition: _____

DATE: _*546-15*_____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____